**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern                    District of   Texas
                                          (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ambipar Emergency Response |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | HPX Corp.<br>Ambipar Merger Sub |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | __ __ – __ __ __ __ __ __ __<br>49.261.471/0001-42-CO-390263 (Cayman ID Number) |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 10008  Willow House<br>Number        Street | _____<br>Number        Street |
| Cricket Square | _____<br>P.O. Box |
| Grand Cayman          KY1-1001<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cayman Islands<br>County | _____<br>Number        Street<br>_____<br>_____<br>City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | ambipar.com |

Debtor _____Ambipar Emergency Response_____    Case number *(if known)*_____
           Name

**6.  Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☑ Other. Specify:  __Cayman Islands exempted company_____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_6_  _2_  _4_  _2_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                                    MM / DD / YYYY

            District _____   When _____   Case number _____
                                                                    MM / DD / YYYY

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Debtor     <u>Ambipar Emergency Response</u>      Case number *(if known)* _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

        District _____   When _____

                                                              MM / DD / YYYY

        Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that appl*y.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                             Number          Street

                             _____

                             _____ _____ _____

                             City                                 State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

---

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor __Ambipar Emergency Response__          Case number (*if known*)_____
　　　　　Name

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☑ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representatives of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

We have been authorized to file this petition on behalf of the debtor.

We have examined the information in this petition and have a reasonable belief that the information is true and correct.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/20/2025___
　　　　　　MM  / DD / YYYY

✖ /s/ Ricardo Chagas                    Ricardo Chagas
_____        _____
Signature of authorized representative of debtor    Printed name

Title ___Chief Executive Officer___

✖ /s/ Thiago da Costa Silva              Thiago da Costa Silva
_____        _____
Signature of authorized representative of debtor    Printed name

Title ___Director___

18. **Signature of attorney**

✖ /s/Jason S. Brookner                  Date ___10/20/2025___
_____
Signature of attorney for debtor              MM   / DD / YYYY

Jason S. Brookner
_____
Printed name
Gray Reed
_____
Firm name
1300        Post Oak Blvd., Suite 2000
_____
Number      Street
Houston                          TX         77056
_____
City                             State      ZIP Code

713-986-7000                     jbrookner@grayreed.com
_____
Contact phone                    Email address

24033684                         TX
_____
Bar number                       State

Official Form 201A (12/15)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMBIPAR EMERGENCY RESPONSE, | ) | Case No. 25-[_____] |
|  | ) |  |
| Debtor. [1] | ) |  |
|  | ) |  |

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-41638.

2.  The following financial data is the latest available information and refers to the debtor's condition on December 31, 2024.

    a.  Total assets            $ 1,073,093,930[2] _____

    b.  Total debts (including debts listed in 2.c., below)    $ 328,200,000[3] _____

    c.  Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

    d.  Number of shares of preferred stock: N/A

---

[1] The last four digits of the Debtor's taxpayer identification number are 0263.  The Debtor's address is P.O. Box 10008, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands.

[2] Based on the financial statements filed on form 20-F with the Securities and Exchange Commission on June 23, 2025 for the period ending December 31, 2024 (the "Form 20-F") and converted from Brazilian Real to United States Dollars at an approximate exchange rate of $0.19 Reals to $1 Unites States Dollar.

[3] *See* Item 7-B of the Form 20-F. The only debts that the Debtor is liable for are limited guarantees in respect of the 9.875% Green Notes due 2031 and the 10.875% Green Notes due 2033 issued by the Debtor's ultimate parent.

2

e.   Number of shares common stock: 16,195,105 Class A Shares and 39,234,746 Class B Shares.

Comments, if any:  There are an additional 16,180,000 warrants to purchase Class A shares outstanding.

3.   Brief description of debtor's business:  Debtor is a holding company that indirectly owns subsidiaries that provide emergency and disaster response, environmental and industrial field services in Europe, the United States, Latin America and Canada.

4.   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Shareholder | Voting Control |
| --- | --- |
| Ambipar Participações e Empreendimentos S.A. | 96.0% |

**Fill in this information to identify the case:**

Debtor name __Ambipar Emergency Response__

United States Bankruptcy Court for the: __Southern__     District of __Texas__
                                                                      (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                      12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **The Bank of New York Mellon** 240 Greenwich Street, Floor 7 New York, NY 10286 | Attn: Global Corporate Trust gcs.specialty.glam.conv@bnymellon.com | Indenture Trustee for 9.875% Green Bonds Due 2031 | | | | $200,000,000 |
| 2 | **The Bank of New York Mellon** 240 Greenwich Street, Floor 7 New York, NY 10286 | Attn: Global Corporate Trust gcs.specialty.glam.conv@bnymellon.com | Indenture Trustee for 10.875% Green Bonds Due 2033 | | | | $128,180,000 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| AMBIPAR EMERGENCY RESPONSE, | ) |
|  | ) Case No. 25-[_____] |
| Debtor. [1] | ) |
|  | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), the following are entities, other than a government unit, that directly or

indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Holder | Percentage Ownership |
|---|---|
| Ambipar Participações e Empreendimentos S.A.("Ambipar TopCo") | 70.8% |
| Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | 21.3% |

The debtor has a dual class share structure consisting of Class A Ordinary Shares and Class

B Ordinary Shares. The Class B Ordinary Shares have 10 times the voting power as the Class A

Ordinary Shares. The above represents the holders that own 10% of the economic interest in the

equity of the debtor on a blended basis between both classes of shares. Ambipar Participações

Empreendimentos S.A., the parent of the debtor, holds all of the Class B Ordinary Shares.

Consequently, as of the Petition Date, Ambipar Topco holds approximately 96% of the voting

power in the debtor.

---

[1] The last four digits of the Debtor's taxpayer identification number are 0263. The Debtor's address is P.O. Box 10008, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands.

**Fill in this information to identify the case and this filing:**

Debtor Name  Ambipar Emergency Response

United States Bankruptcy Court for the:  Southern          District of  Texas
                                                                      (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/20/2025            ✗ /s/ Thiago da Costa Silva
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                    Thiago da Costa Silva
                                    Printed name

                                    Director
                                    Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**