| Information to identify the case: | | |
|---|---|---|
| Debtor | **Ambipar Emergency Response**<br>Name | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: 11  10/20/25 |
| Case number: | 25–90524 | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Ambipar Emergency Response | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 10008 Willow House<br>Cricket Square, KY1–1001<br>GRAND CAYMAN | |
| 4. | **Debtor's attorney**<br>Name and address | Jason S Brookner<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201 | Contact phone  (469) 320–6132<br><br>Email:  jbrookner@grayreed.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250–5500<br><br>Date: 10/28/25 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 20, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 888–330–1716, passcode 7125797**<br><br>For additional meeting information go to *www.justice.gov/ust/moc*. |

**For more information, see page 2 >**

Debtor **Ambipar Emergency Response** Case number **25–90524**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | For all creditors (except a governmental unit): | 2/18/26 |
| | For a governmental unit: | 4/20/26 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-90524-arp |
| Ambipar Emergency Response | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: 309F1 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jayson B. Ruff, Office of the United States Trustee, 515 Rusk St., Ste. 3516, Houston, TX 77002-2604 |
| aty | + | Julie Goodrich Harrison, Norton Rose Fulbright US LLP, 1550 Lamar, Suite 2000, Houston, TX 77010-4106 |
| 13108131 | | Ambipar Emergency Response, ATTN: Ricardo Chagas, Avenida Angelica, no. 2346, 5th Floor, Sao Paulo, SP, Brazil 01228-200 |
| 13108132 | | Ambipar Participaes e Empreendimentos S.A., Avenida Angelica, no. 2346, 5th Floor, Sao Paulo, SP, Brazil 01228-200 |
| 13108133 | | Deutsche Bank S.A. German Bank, Avenida Fari Lima, 3,900, 13th Floor, Sao Paolo, SP, Brazil 04.538-132 |
| 13108135 | + | HPX Capital Partners LLC, 1000 N West St., STE 1200, Wilmington, DE 19801-1058 |
| 13108138 | | Itau BBA International Plc, ATTN: Loan Administration, The Broadgate Tower 20.29, Primrose Stre, London, U.K. EC2A2EW |
| 13108140 | + | Linklaters LLP, ATTN: Penelope Jensen, 1290 6th Ave., New York, NY 10104-0101 |
| 13108141 | + | Norton Rose Fulbright US LLP, ATTN: Francisco Vasquez, 1301 6th Ave., New York, NY 10019-6022 |
| 13108142 | | Opportunity Agro Fundo de Investimento em Particip, Rua Visconde de Piraja, 351, 14th Floor (part), Ipanema, Rio De Janeio, RJ, Brazil 22410-906 |
| 13108143 | + | Securities and Exchange Commission, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, TX 76102-6819 |
| 13108144 | + | Simpson Thacher & Bartlett LLP, Attn: David Zylberberg, 425 Lexington Avenue, New York, NY 10017-3954 |
| 13108145 | + | Skadden, Arps, Meagher, Slade & Flom LLP, ATTN: James J. Mazza, Jr., 320 S. Canal Street, Chicago, IL 60606-5707 |
| 13108149 | + | United States Trustee for the Southern District of, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jbrookner@grayreed.com | Oct 28 2025 20:24:00 | Jason S Brookner, Gray Reed & McGraw LLP, 1601 Elm Street, Suite 4600, Dallas, TX 75201 |
| aty | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 28 2025 20:26:00 | John Kendrick Turner, Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Avenue, Suite 800, Dallas, TX 75219-3959 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Oct 28 2025 20:26:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 28 2025 20:26:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| 13108134 | | Email/Text: ar@grayreed.com | Oct 28 2025 20:24:00 | Gray Reed, Attn: Jason S. Brookner, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056 |
| 13108136 | | EDI: IRS.COM | Oct 29 2025 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13108139 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 28 2025 20:26:00 | Linebarger Goggan Blair & Sampson, LLP, ATTN: John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219-3959 |
| 13108146 | + | Email/Text: bcd@oag.texas.gov | Oct 28 2025 20:25:00 | Texas Attorney General, ATTN: Bankruptcy Department, 300 W. 15th Street, Austin, TX 78701-1649 |
| 13108147 | + | Email/Text: anthony.mancuso@bnymellon.com | Oct 28 2025 20:25:00 | The Bank of New York Mellon, Global Corporate |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Oct 28, 2025 | Form ID: 309F1 | Total Noticed: 23

Trust, 240 Greenwich Street, Floor 7, New York, NY 10286-0001

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Ambipar Emergency Response, PO Box 10008 Willow House, Cricket Square, KY1-1001, GRAND CAYMAN |
| cr | | Bank of New York Mellon |
| 13108151 | | 4909-4671-3973.1 |
| 13108152 | | 4909-4671-3973.1 |
| 13108150 | | 4909-4671-3973.1 |
| 13108137 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Regional Office, 1919 Smith Street, Houston, TX 77002 |
| 13108148 | *+ | The Bank of New York Mellon Global Corporate Trust, 240 Greenwich Street, Floor 7, New York, NY 10286-0001 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason S Brookner | on behalf of Debtor Ambipar Emergency Response jbrookner@grayreed.com  lwebb@grayreed.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| John Kendrick Turner | on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4