| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90524 |
|---|---|---|---|
| Debtor | In Re: | Ambipar Emergency Response | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Stephanie Rosner<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, 10017<br>+1 212-450-4000<br>New York #6050694 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Ambipar Lux S.à r.l. Noteholders |
|---|
| Dated: 11/21/2025    Signed: /s/ Stephanie Rosner |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                   Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                          United States Bankruptcy Judge