IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMBIPAR EMERGENCY RESPONSE, | ) ) ) | Case No. 25-90524 (ARP) |
| Debtor.[1] | ) ) ) | |

**JOINT VERIFIED STATEMENT OF DAVIS POLK & WARDWELL LLP AND HAYNES AND BOONE, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 case (the "**Chapter 11 Case**") commenced by Ambipar Emergency Response (the "**Debtor**") on October 20, 2025, Davis Polk & Wardwell LLP ("**Davis Polk**") and Haynes and Boone, LLP ("**Haynes Boone**" and together with Davis Polk, "**Counsel**") hereby submit this verified statement ("**Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**") with respect to Counsel's representation of the group (the "**Ad Hoc Group**") formed by certain holders or investment managers or advisors acting on behalf of holders (the "**Members**") of (i) 9.875% Green Notes Due 2031 (the "**2031 Notes**") issued pursuant to that certain Indenture (the "**2031 Indenture**"), dated as of February 6, 2024, by and among Ambipar Lux S.à r.l. ("**Ambipar Lux**") as issuer, the guarantors from time to time party thereto, and the Bank of New York Mellon as trustee (the "**Trustee**"); and (ii) 10.875% Green Notes Due 2033 (the "**2033 Notes**") issued pursuant to that certain Indenture (the "**2033 Indenture**" and together with the 2031 Indenture, the "**Indentures**"), dated as of February

---

[1] The last four digits of the Debtor's taxpayer identification number are 0263. The Debtor's address is P.O. Box 10008, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands.

1

5, 2025, by and among Ambipar Lux as issuer, the guarantors from time to time party thereto, and the Trustee as trustee, and respectfully state as follows:

1. In or around September 2025, the Ad Hoc Group engaged Davis Polk to represent it in connection with the Members' holdings under the Indentures. In or around October 2025, the Ad Hoc Group engaged Haynes Boone to act as co-counsel in the Chapter 11 Case.

2. As of the date of this Statement, Counsel represents only the Ad Hoc Group and does not represent or purport to represent any entities other than the Ad Hoc Group in connection with the Chapter 11 Case. In addition, the Ad Hoc Group does not claim or purport to represent any other entity and undertakes no duties or obligations to any entity.

3. The Members, collectively, beneficially own (or are the investment managers or advisors for funds that beneficially own) or manage approximately (i) $285.3 million in aggregate principal amount of 2031 Notes and (ii) $373.2 million in aggregate principal amount of 2033 Notes as set forth in **Exhibit A** hereto.

4. In accordance with Bankruptcy Rule 2019, the address, nature and amount of all disclosable economic interests of each Member is set forth in **Exhibit A** attached hereto. The information contained in **Exhibit A** is based upon information provided by the Members to Davis Polk and is subject to change.

5. Upon information and belief formed after due inquiry, Counsel does not hold any claim against, or interests in, the Debtor or its estate, other than claims for fees and expenses incurred in representing the Ad Hoc Group. Davis Polk's address is 450 Lexington Avenue, New York, New York 10017. Haynes Boone's address is 1221 McKinney Street, Suite 4000, Houston, Texas 77010.

6. Counsel submits this Statement out of an abundance of caution, and nothing herein should be construed as an admission that (i) the requirements of Bankruptcy Rule 2019 apply to Counsel's representation of the Ad Hoc Group or (ii) the Ad Hoc Group constitutes a "group" (within the meaning of Section 13(d)(3) or Section 14(d)(2) of the Securities Exchange Act of 1934, as amended or any successor provision), including any group acting for the purpose of acquiring, holding, or disposing of securities (within the meaning of Rule 13d-5(b)(1) under the Securities Exchange Act of 1934, as amended or any successor provision).

7. Nothing contained in this Statement, including **Exhibit A** hereto, should be construed as (i) a waiver or release of any claims against the Debtor by any Member, (ii) an admission with respect to any fact or legal theory or (iii) a limitation upon, or waiver of, any Member's right to file and/or amend a proof of claim in accordance with applicable law and any orders entered in the Chapter 11 Case establishing procedures for filing proofs of claim or interests.

8. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

9. Counsel reserves the right to amend or supplement this Statement.

10. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

By: */s/ Charles A. Beckham, Jr.*

| | |
|---|---|
| Charles A. Beckham, Jr. | Timothy Graulich (*pro hac vice* pending) |
| Texas Bar No. 02016600 | Jonah A. Peppiatt (*pro hac vice* pending) |
| Kelli S. Norfleet | Elliot Moskowitz (*pro hac vice* pending) |
| Texas Bar No. 24070678 | Stephanie I. Rosner (*pro hac vice* pending) |
| Adam Schmit | **DAVIS POLK & WARDWELL LLP** |
| Texas Bar No. 24138414 | 450 Lexington Avenue |
| **HAYNES AND BOONE, LLP** | New York, NY 10017 |
| 1221 McKinney Street, Suite 4000 | Telephone: (212) 450-4000 |
| Houston, TX 77010 | Facsimile: (212) 701-5800 |
| Telephone: (713) 547-2000 | Email: timothy.graulich@davispolk.com |
| Facsimile: (713) 547-2600 | Email: jonah.peppiatt@davispolk.com |
| Email: charles.beckham@haynesboone.com | Email: elliot.moskowitz@davispolk.com |
| Email: kelli.norfleet@haynesboone.com | Email: stephanie.rosner@davispolk.com |
| Email: adam.schmit@haynesboone.com | |

**COUNSEL TO THE AD HOC GROUP**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on November 21, 2025.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.

# **EXHIBIT A**

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Aegon Asset Management UK plc** or a subsidiary or an affiliate thereof | 3 Lochside Crescent, Edinburgh, EH12 9SA, United Kingdom | 1. $41,600,000 in aggregate principal amount of 2031 Notes<br>2. $0 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **AllianceBernstein L.P.** or a subsidiary or an affiliate thereof | 501 Commerce Street, Nashville, TN 37203 | 1. $0 in aggregate principal amount of 2031 Notes<br>2. $80,942,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **BANK JULIUS BAER – ASSET MANAGEMENT** or a subsidiary or an affiliate thereof | 3, rue Jean Piret, L-2350 Luxembourg, Grand Duchy of Luxembourg | 1. $7,557,000 in aggregate principal amount of 2031 Notes<br>2. $5,000,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **BLACKROCK FINANCIAL MANAGEMENT, INC.**, or a subsidiary or an affiliate thereof[3] | 50 Hudson Yards, New York, NY 10001 | 3. $0 in aggregate principal amount of 2031 Notes<br>4. $27,806,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Capital Research and Management Company** or a subsidiary or an affiliate thereof | 333 S. Hope Street, Los Angeles, CA 90071 | 1. $7,894,000 in aggregate principal amount of 2031 Notes<br>2. $16,270,000 in aggregate principal amount of 2033 Notes |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds, accounts, or other entities managed or advised by, the listed entities or their respective affiliates. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes, indemnification or other amounts that may be owing under any indenture, credit agreement or other instrument. The amounts disclosed herein may also reflect economic interests pursuant to trades that have not yet settled.

[2] To the best of Counsel's knowledge, the information included herein is accurate as of close of business November 10, 2025.

[3] Certain other funds and accounts managed or advised by affiliates of BlackRock Financial Management, Inc. may hold equity or debt in the Debtors. Any such funds and accounts are not currently members of the Ad Hoc Group represented by Counsel.

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Contrarian Capital Management L.L.C.** or a subsidiary or an affiliate thereof | 411 West Putnam Avenue Suite 425 Greenwich, CT 06830 | 1. $3,000,000 in aggregate principal amount of 2031 Notes<br>2. $7,313,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Farallon Capital Management, L.L.C.** or a subsidiary or an affiliate thereof | One Maritime Plaza, Suite 2100, San Francisco, CA 94111 | 1. $27,135,000 in aggregate principal amount of 2031 Notes<br>2. $35,000,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Fidelity Management & Research Company LLC** or a subsidiary or an affiliate thereof | 245 Summer Street, Boston, MA 02210 | 1. $97,318,000 in aggregate principal amount of 2031 Notes<br>2. $0 in aggregate principal amount of 2033 Notes |
| Certain funds and accounts managed by investment management subsidiaries of **Franklin Resources, Inc.** | One Franklin Parkway, San Mateo, California 94403 | 1. $18,407,000 in aggregate principal amount of 2031 Notes<br>2. $20,140,000 in aggregate principal amount of 2033 Notes |
| **Global Investment Opportunities ICAV** | 35 Shelbourne Road, Ballsbridge, Dublin, D04 A4E0, Ireland | 1. $0 in aggregate principal amount of 2031 Notes<br>2. $6,000,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Graian Capital Management SA** or a subsidiary or an affiliate thereof | Via Ferruccio Pelli 1, 6900 Lugano, Switzerland | 1. $5,000,000 in aggregate principal amount of 2031 Notes<br>2. $1,000,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Kyma Capital Limited** or a subsidiary or an affiliate thereof | 1 Duchess Street, London W1W 6AN | 1. $6,200,000 in aggregate principal amount of 2031 Notes<br>2. $4,900,000 in aggregate principal amount of 2033 Notes |

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Lazard Asset Management LLC** or a subsidiary or an affiliate thereof | 30 Rockefeller Plaza, New York, NY 10112 | 1. $6,532,000 in aggregate principal amount of 2031 Notes<br>2. $10,550,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **M&G Investment Management Limited** or a subsidiary or an affiliate thereof | 10 Fenchurch Avenue, London, EC3M 5AG, United Kingdom | 1. $4,894,000 in aggregate principal amount of 2031 Notes<br>2. $6,375,000 in aggregate principal amount of 2033 Notes |
| **Manulife Investment Management (US) LLC** as investment adviser on behalf of certain funds and/or accounts, or subsidiaries of such funds and/or accounts | 197 Clarendon Street, Boston MA 02116 | 1. $11,901,000 in aggregate principal amount of 2031 Notes<br>2. $18,000,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **MFS Investment Management** or a subsidiary or an affiliate thereof | 111 Huntington Avenue, Boston, MA 02199 | 1. $200,000 in aggregate principal amount of 2031 Notes<br>2. $20,800,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Nine Left Capital Master Fund LP** or a subsidiary or an affiliate thereof | 27 West 24th Street, Suite 403, New York, NY 10010 | 1. $11,682,000 in aggregate principal amount of 2031 Notes<br>2. $38,001,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts managed or advised or sub-advised by **RBC Global Asset Management (UK) Limited** | c/o 100 Bishopsgate, London, EC2N 4AA, United Kingdom | 1. $0 in aggregate principal amount of 2031 Notes<br>2. $31,942,000 in aggregate principal amount of 2033 Notes |

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Riva Ridge Capital Management LP** or a subsidiary or an affiliate thereof | 55 Fifth Avenue, 18th Floor, New York, NY 10003 | 1. $0 in aggregate principal amount of 2031 Notes<br>2. $10,516,000 in aggregate principal amount of 2033 Notes<br>3. 1,137,810 AMBWQ (Warrants)<br>4. 110,140 AMBIQ (Class A Common Shares) |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Signal Capital Partners Limited** or a subsidiary or an affiliate thereof | 25 Golden Square<br>London W1F 9LU<br>United Kingdom | 1. $6,780,000 in aggregate principal amount of 2031 Notes<br>2. $9,030,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Vontobel Asset Management AG** or a subsidiary or an affiliate thereof | Genferstrasse 27, CH-8022, Zurich, Switzerland | 1. $13,698,000 in aggregate principal amount of 2031 Notes<br>2. $20,150,000 in aggregate principal amount of 2033 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **Wellington Management** or a subsidiary or an affiliate thereof | 280 Congress Street, Boston, Massachusetts, 02210 | 1. $15,455,000 in aggregate principal amount of 2031 Notes<br>2. $3,495,000 in aggregate principal amount of 2033 Notes |