IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>AMBIPAR EMERGENCY RESPONSE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-90524 (ARP) |

**CERTIFICATE OF SERVICE**

    I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

    On December 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Schedules of Assets and Liabilities for Ambipar Emergency Response (Case No. 25-90524 (ARP))** [Docket No. 77]

- **Statement of Financial Affairs for Ambipar Emergency Response (Case No. 25-90524 (ARP))** [Docket No. 78]

- **Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest** [Docket No. 79]

    Furthermore, on December 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Schedules of Assets and Liabilities for Ambipar Emergency Response (Case No. 25-90524 (ARP))** [Docket No. 77]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the Debtor's taxpayer identification number are 0263. The Debtor's address is 2346 Avenida Angelica, 5th Floor, São Paulo, SP, 01228-200, Brazil.

- **Statement of Financial Affairs for Ambipar Emergency Response (Case No. 25-90524 (ARP))** [Docket No. 78]

Dated: December 9, 2025

*/s/ Rigoberto Lopez*
Rigoberto Lopez
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel.: 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Opportunity Dinâmico Fundo de Investimento em Participações Multiestratégia Responsabilidade Limitada | Bradley Arant Boult Cummings LLP | Jarrod B. Martin; Michael K. Riordan | jbmartin@bradley.com; mriordan@bradley.com |
| Party Requesting Notice | Burly's Holdings Ltd. | Keely Cameron | CameronK@bennettjones.com |
| Counsel to Ad Hoc Group of Noteholders | Davis Polk & Wardwell LLP | Timothy Graulich; Jonah A. Peppiatt; Stephanie Rosner; Kevin Winiarski | timothy.graulich@davispolk.com; jonah.peppiatt@davispolk.com; stephanie.rosner@davispolk.com; kevin.winiarski@davispolk.com |
| Top 30 Unsecured Creditor | Deutsche Bank S.A. – German Bank | Anna Bucchioni; Guilherme Daniel; Iannis Sdrous | anna.bucchioni@db.com; guilherme.daniel@db.com; iannis.sdrous@db.com |
| Counsel to Deutsche Bank AG and Deutsche Bank S.A. – Banco Alemao | DLA Piper LLP (US) | Dennis O'Donnell | dennis.odonnell@us.dlapiper.com |
| Counsel to Deutsche Bank AG and Deutsche Bank S.A. – Banco Alemao | DLA Piper LLP (US) | James P. Muenker | james.muenker@us.dlapiper.com |
| Counsel to Ad Hoc Group of Noteholders | Haynes and Boone, LLP | Charles A. Beckham, Jr.; Kelli S. Norfleet; Adam Schmit | charles.beckham@haynesboone.com; kelli.norfleet@haynesboone.com; adam.schmit@haynesboone.com |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Itau BBA International Plc | Linklaters LLP | Penelope Jensen | penelope.jensen@linklaters.com |
| Counsel to The Bank of New York Mellon | Norton Rose Fulbright US LLP | Francisco Vazquez | francisco.vazquez@nortonrosefubright.com |
| Counsel to The Bank of New York Mellon | Norton Rose Fulbright US LLP | Julie Harrison | Julie.harrison@nortonrosefulbright.com |
| Counsel to Debtor's Independent Special Committee | Quinn Emanuel Urquhart & Sullivan, LLP | Benjamin I. Finestone | benjaminfinestone@quinnemanuel.com |
| Counsel to Debtor's Independent Special Committee | Quinn Emanuel Urquhart & Sullivan, LLP | Robert A. Zink | robertzink@quinnemanuel.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities and Exchange Commission | Fort Worth Regional Office | dfw@sec.go |
| Counsel to HPX Capital Partners LLC and Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | Skadden, Arps, Meagher, Slade & Flom LLP | Eric Silverstein | eric.silverstein@skadden.com |
| Counsel to HPX Capital Partners LLC and Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | Skadden, Arps, Meagher, Slade & Flom LLP | James J. Mazza Jr. | james.mazza@skadden.com |
| Indenture Trustee for 9.875% Green Bonds Due 2031 | The Bank of New York Mellon | Global Corporate Trust | gcs.specialty.glam.conv@bnymellon.com |
| Indenture Trustee for 10.875% Green Bonds Due 2033 | The Bank of New York Mellon | Global Corporate Trust | gcs.specialty.glam.conv@bnymellon.com |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | usatxs.atty@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas (Houston Division) | US Trustee for the Southern District of Texas | Jana Smith Whitworth; Jayson B. Ruff; Christopher Ross Travis | Jana.Whitworth@usdoj.gov; jayson.b.ruff@usdoj.gov; C.Ross.Travis@usdoj.gov |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Shareholder of Debtor | Ambipar Participações e Empreendimentos S.A |  | Avenida Angelica, no. 2346, 5th floor |  | Sao Paulo | SP | 01228-200 | Brazil |
| Counsel to Opportunity Dinâmico Fundo de Investimento em Participações Multiestratégia Responsabilidade Limitada | Bradley Arant Boult Cummings LLP | Jarrod B. Martin; Michael K. Riordan | 600 Travis, Suite 5600 |  | Houston | TX | 77002 |  |
| Party Requesting Notice | Burly's Holdings Ltd. | Keely Cameron | 4500 Bankers Hall East, 855 2nd Street SW |  | Calgary | AB | T2P 4K7 | Canada |
| Counsel to Ad Hoc Group of Noteholders | Davis Polk & Wardwell LLP | Timothy Graulich; Jonah A. Peppiatt; Stephanie Rosner; Kevin Winiarski | 450 Lexington Avenue |  | New York | NY | 10017 |  |
| Top 30 Unsecured Creditor | Deutsche Bank S.A. – German Bank | Anna Bucchioni; Guilherme Daniel; Iannis Sdrous | Avenida Fari Lima, 3,900, 13th Floor |  | Sao Paulo | SP | 04.538-132 | Brazil |
| Counsel to Deutsche Bank AG and Deutsche Bank S.A. – Banco Alemao | DLA Piper LLP (US) | Dennis O'Donnell | 1251 Avenue of the Americas |  | New York | NY | 10020 |  |
| Counsel to Deutsche Bank AG and Deutsche Bank S.A. – Banco Alemao | DLA Piper LLP (US) | James P. Muenker | 1900 North Pearl Street, Suite 2200 |  | Dallas | TX | 75201 |  |
| Counsel to Ad Hoc Group of Noteholders | Haynes and Boone, LLP | Charles A. Beckham, Jr.; Kelli S. Norfleet; Adam Schmit | 1221 McKinney Street, Suite 4000 |  | Houston | TX | 77010 |  |
| Shareholder of Debtor | HPX Capital Partners LLC |  | 1000 N West St. STE 1200 |  | Wilmington | DE | 19801 |  |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 |  | Philadelphia | PA | 19101-7346 |  |
| IRS | Internal Revenue Service | Houston Office | 1919 Smith Street |  | Houston | TX | 77002 |  |
| Creditor of Debtor's Subsidiaries | Itau BBA International Plc | Loan Administration | The Broadgate Tower 20.29, Primrose Street |  | London |  | EC2A 2EW | United Kingdom |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 3500 Maple Avenue, Suite 800 |  | Dallas | TX | 75219 |  |
| Counsel to Itau BBA International Plc | Linklaters LLP | Penelope Jensen | 1290 6th Ave |  | New York | NY | 10104 |  |
| Counsel to The Bank of New York Mellon | Norton Rose Fulbright US LLP | Francisco Vazquez | 1301 6th Avenue |  | New York | NY | 10019 |  |
| Counsel to The Bank of New York Mellon | Norton Rose Fulbright US LLP | Julie Harrison | 1550 Lamar Street | Suite 2000 | Houston | TX | 77010-3095 |  |
| Shareholder of Debtor | Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | Attn: Eduardo de Britto Pereira Azevedo; Leonardo Guimarães Pinto | Rua Visconde de Pirajá, 351, 14th floor (part), Ipanema | C/o Opportunity Private Equity Gestora de Recursos Ltda. | Rio de Janeiro | RJ | 22410-906 | Brazil |
| Counsel to Debtor's Independent Special Committee | Quinn Emanuel Urquhart & Sullivan, LLP | Benjamin I. Finestone | 295 Fifth Avenue, 9th Floor |  | New York | NY | 10016 |  |
| Counsel to Debtor's Independent Special Committee | Quinn Emanuel Urquhart & Sullivan, LLP | Robert A. Zink | 1300 I Street NW, Suite 900 |  | Washington | DC | 20005 |  |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE |  | Washington | DC | 20549 |  |
| SEC Regional Office | Securities and Exchange Commission | Fort Worth Regional Office | 801 Cherry Street, Suite 1900, Unit 18 |  | Fort Worth | TX | 76102 |  |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Counsel to HPX Capital Partners LLC and Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | Skadden, Arps, Meagher, Slade & Flom LLP | Eric Silverstein | One Manhattan West | | New York | NY | 10001 | |
| Counsel to HPX Capital Partners LLC and Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | Skadden, Arps, Meagher, Slade & Flom LLP | James J. Mazza Jr. | 320 S. Canal Street | | Chicago | IL | 60606 | |
| Texas Attorney General | Texas Attorney General | Bankruptcy Department | 300 W. 15th Street | | Austin | TX | 78701 | |
| Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | Austin | TX | 78774 | |
| Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | Austin | TX | 78711-3528 | |
| Indenture Trustee for 9.875% Green Bonds Due 2031 | The Bank of New York Mellon | Global Corporate Trust | 240 Greenwich Street, Floor 7 | | New York | NY | 10286 | |
| Indenture Trustee for 10.875% Green Bonds Due 2033 | The Bank of New York Mellon | Global Corporate Trust | 240 Greenwich Street, Floor 7 | | New York | NY | 10286 | |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | Civil Process Clerk for the U.S. Attorney's Office | 1000 Louisiana | Suite 2300 | Houston | TX | 77002 | |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | 1000 Louisiana | Suite 2300 | Houston | TX | 77002 | |
| US Attorney General | US Department of Justice | US Attorney General | 950 Pennsylvania Avenue NW | | Washington | DC | 20530-0001 | |
| U. S. Department of Justice | US Department of Justice, Tax Division | Andrew L. Sobotka | 717 N Harwood Suite 400 | | Dallas | TX | 75201 | |
| Office of the U.S. Trustee for the Southern District of Texas (Houston Division) | US Trustee for the Southern District of Texas | Jana Smith Whitworth; Jayson B. Ruff; Christopher Ross Travis | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 | |

# Exhibit C

**Exhibit C**
**Scheduled Claimants**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Schedule G Party | Ambipar Participações e Empreendimentos S.A. | | Avenida Pacaembu, 1088 | Room 09, Pacaembu | | São Paulo | SP | 01234-000 | Brazil |
| Schedule G Party | Carey Olsen Cayman Limited | | Pavilion East Cricket Square | 205 Elgin Ave | | George Town | | KY1-10001 | Grand Cayman |
| Schedule G Party | Continental Stock Transfer & Trust Company | Compliance Department | One State Street, 30th Floor | | | New York | NY | 10004 | |
| Schedule EF Part 2 Party | Deutsche Bank S.A. - Banco Alemao | | Avenisa Faria Lima, 3,900 | 13th Floor | | Sao Paulo | | 04-538-132 | Brazil |
| Schedule G Party | Emergência Participações S.A. | Luciana Freire Barca Nascimento; Alessandra Bessa Alves de Melo | Avenida Angélica, nº 2346 | 5th floor, room 4, Consolação, | | São Paulo | SP | 01228-200 | Brazil |
| Schedule G Party | HPX Capital Partners | | 1000 N. West Street | Suite 1200 | | Wilmington | DE | 19801 | |
| Schedule G Party | JPMorgan Chase Bank, N.A. | Colleen Solomon | 4 New York Plaza Floor 13 | | | New York | NY | 10004 | |
| Schedule G Party | Marco Zanini | | Av. Angélica, 2346, 5th floor | Consolação | | São Paulo | | 01.228-200 | Brazil |
| Schedule G Party | Opportunity Agro Fundo de Investimento em Participações Multiestratégia Investimento no Exterior | | Rua Visconde de Pirajá 351 | 14th floor (part) | Ipanema | Rio de Janeiro | | 22410-906 | Brazil |
| Schedule EF Part 2 Party | The Bank of New York Mellon, as IndentureTrustee of Green Bonds due 2031 | Global Corporate Trust | 240 Greenwich Street, Floor 2 | | | New York | NY | 10286 | |
| Schedule EF Part 2 Party | The Bank of New York Mellon, as IndentureTrustee of Green Bonds due 2032 | Global Corporate Trust | 241 Greenwich Street, Floor 2 | | | New York | NY | 10286 | |