**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| Ambipar Emergency Response,[1] | Case No. 25-90524 (ARP) |
| Debtor. | |

**NOTICE SUBMISSION PURSUANT TO COURT INSTRUCTIONS AT HEARING ON
JUNE 24, 2026, ON OPPORTUNITY'S EMERGENCY MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY THE DEBTOR PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Pursuant to the Court's instructions to Opportunity Dinâmico Fundo de Investimento em Participações Multiestratégia Responsabilidade Limitada ("**Opportunity**") at the June 24, 2026, hearing on *Opportunity's Emergency Motion To Compel Production Of Documents By The Debtor Pursuant To Federal Rule Of Bankruptcy Procedure 2004* [Docket No. 230] (the "**Motion to Compel**"), notice is hereby given that Opportunity is submitting a list (the "**Outstanding List of Documents**"), attached hereto as **Exhibit 1**, of outstanding documents responsive to Opportunity's requests for production to the Debtor [Docket Nos. 213-216] (collectively, the "**Document Requests**").[2] Opportunity provided the Outstanding List of Documents to the Debtor on July 1, 2026, which remains outstanding.

---

[1]   The last four digits of the above-captioned Debtor's (the "**Debtor**") taxpayer identification number are 0263. The Debtor's address is P.O. Box 10008, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands. The Debtor's service address in this Chapter 11 case is Avenida Angelica, no. 2346, 5th floor, São Paulo, SP 01228-200, Brazil.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed such terms in the *Notice of Opportunity's Supplemental Rule 2004 Requests for Production of Documents to Ambipar Emergency Response* [Docket No. 213].

The items identified on the "Group A" List in **Exhibit 1** are vital to understanding the Debtor's financial condition, the true value of estate assets and liabilities, and questionable intercompany transactions, and should be accorded first priority; whereas, the "Group B" List in **Exhibit 1**, while important, should be accorded second priority to the extent the Court determines that prioritization is necessary.

For the convenience of the Court, Opportunity also attaches hereto as **Exhibit 2** a true and correct copy of an organizational chart showing the relationship between the Debtor and its direct and indirect subsidiaries, as prepared by Opportunity using publicly available information.  This organizational chart, which was also attached as Exhibit 1 to the Motion to Compel, distinguishes between entities in the in the Brazil recuperação judicial proceeding and/or this chapter 11 case in red and entities that are not subject to either restructuring proceeding in brown.

Dated: July 8, 2026

By: */s/ Michael Riordan*

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **CHAFFETZ LINDSEY LLP** |
| Jarrod Martin | Alan J. Lipkin (admitted *pro hac vice*) |
| Michael Riordan | Andreas A. Frischknecht (admitted *pro hac vice*) |
| JPMorgan Chase Tower | 1700 Broadway, 33rd Floor |
| 600 Travis Street, Suite 5600 | New York, New York 10019 |
| Houston, TX 77002 | Telephone: (212) 257-6065 |
| Telephone: (713) 576-0388 | Facsimile: (212) 257-6050 |
| Email: jbmartin@bradley.com | Email: a.lipkin@chaffetzlindsey.com |
| mriordan@bradley.com | a.frischknecht@chaffetzlindsey.com |

*Counsel for Opportunity Dinâmico Fundo de Investimento em Participações Multiestratégia Responsabilidade Limitada*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on July 8, 2026.

<div style="margin-left: 40%">

*/s/ Michael Riordan*
Michael Riordan

</div>